THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* FLETCHER BROCKWAY *v.* HORATIO WHITNEY, *Commissioner, etc.* — Order affirmed, with fifty dollars costs and disbursements against relator. Opinion by LEARNED, P. J.

PHŒBE SCHUSTER and another *v.* THE DUTCHESS COUNTY MUTUAL INSURANCE COMPANY. — New trial granted, costs to abide event. Opinion by LEARNED, P. J., and by BOCKES, J., dissenting.

FANNIE V. RUSSELL, *Respondent, v.* THE VILLAGE OF CANASTOTA, *Appellant.* — Judgment and order affirmed, with costs. Opinion by LEARNED, P. J.

EMMA E. ALEXANDER, *Respondent, v.* GEORGE ALEXANDER, *Appellant.* — Judgment reversed, new trial granted; referee discharged, costs to abide event.

EMMA T. McWHORTER, *Respondent, v.* THE VILLAGE OF ITHACA, *Appellant.* — Judgment and order affirmed, with costs. Opinion by BOCKES, J.

HUBBARD W. PUTNEY, *Appellant, v.* NOAH W. SIMONS, *Respondent.* — Judgment of County Court and of justice reversed, with costs. Opinion by LEARNED, P. J.

NICHOLAS RINK, *Respondent, v.* STEPHEN W. THACHER and others, *Appellants.* — Judgment and order affirmed, with costs. Opinion by BOCKES, J.

CATHARINE PHELAN. *Appellant, v.* THE CITY OF BINGHAMTON, *Respondent.* — Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.; LEARNED, P. J., dissenting.

SAMUEL F. VILAS, *Respondent, v.* JOHN B. PAGE and others, *Appellants.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

JOSEPH E. TYLER, *Appellant, v.* OLIVER P. ROSE, *Respondent.* — Judgment affirmed, with costs. Opinions by LEARNED, P. J., and BOARDMAN, J.; BOCKES, J., dissenting.

GEORGE A. KENT and others, *Respondents, v.* LEONARD FRIEDMAN, *Appellant.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

PATRICK MAHONEY, *Appellant, v.* PATRICK FARLEY, *Respondent.* — Judgment affirmed, with costs. Opinion by BOCKES, J.

JOHN MILLS and another, *Respondents, v.* ELLEN M. BROWN, *Appellant.* — Judgment affirmed, with costs. Opinion by BOCKES, J.

THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Appellant, v.* THE BOARD OF SUPERVISORS OF DELAWARE COUNTY, *Respondent.* — Judgment affirmed, with costs, on opinion of Special Term.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondents, v.* CYRIL PEARL, *Appellant.* — Judgment and conviction affirmed. Opinion by BOCKES, J., and by LEARNED, P. J., dissenting.

REBECCA TRULL, *Respondent, v.* WILLIAM WOOD, *Appellant.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.